# United States Bankruptcy Court
## Southern District of New York

In re  **Newbury Operating LLC**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for petitioning creditor **250 E 87 Owners Corp**., hereby certifies that there are no entities to report under FRBP 7007.1.

| | |
|---|---|
| **December 28, 2020** | **/s/ Sanford P. Rosen** |
| Date | **Sanford P. Rosen** |
| | Signature of Attorney |
| | Counsel for  **250 E 87 Owners Corp.** |
| | **Rosen & Associates, P.C** |
| | **747 Third Avenue, Floor 20** |
| | **New York, NY 10017-2803** |
| | **Telephone: (212) 223-1100** |
| | **Fax: (212) 223-1102** |
| | **srosen@rosenpc.com** |