**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NEWBURY OPERATING LLC,<br><br>　　　　　　　　　　Alleged Debtor. | Chapter 7<br><br>Case No. 20–12976 (JLG) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

　　　　1.　　I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

　　　　2.　　On December 30, 2020, I served true copies of the *Summons to Debtor in Involuntary Case* [Doc. No. 3] and the *Involuntary Petition Against a Non-Individual* [Doc. No. 1], upon the parties whose names and addresses are set forth on the annexed service list by regular first-class mail, by depositing true copies of same in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
　　　　December 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Paris Gyparakis

# **SERVICE LIST**

Newbury Operating LLC
Attn: Officer, Managing Agent, or General Agent
270 Madison Ave, Ste 200
New York, New York, 10016

National Registered Agents, Inc.
28 Liberty Street
New York, NY, 10005
Attn: Registered Agent of
 Newbury Operating LLC