CULLEN AND DYKMAN LLP
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: ndee@cullenllp.com
          eaboulafia@cullenllp.com

*Counsel to Newbury Operating LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           : Chapter 7
                                                                 :
NEWBURY OPERATING LLC                                            : Case No. 20-12976 (JLG)
                                                                 :
            Alleged Debtor.                                      :
                                                                 :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE THAT Newbury Operating LLC ("Newbury") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address and telephone number:

        Elizabeth M. Aboulafia, Esq.
        Cullen and Dykman, LLP
        100 Quentin Roosevelt Boulevard
        Garden City, New York 11530
        Telephone: (516) 357-3700
        Email: eaboulafia@cullenllp.com

    PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Newbury: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Newbury is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
January 11, 2021

CULLEN AND DYKMAN LLP

By: s/Elizabeth Aboulafia, Esq.
Elizabeth Aboulafia, Esq.
C. Nathan Dee, Esq.
Attorneys for Newbury Operating LLC
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

1987849

CULLEN AND DYKMAN LLP
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Email: ndee@cullenllp.com
eaboulafia@cullenllp.com

*Counsel to Newbury Operating LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                            :      Chapter 7
                                                  :
NEWBURY OPERATING LLC                             :      Case No. 20-12976 (JLG)
                                                  :
        Alleged Debtor.                           :
                                                  :
-----------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

      NANCY CHRYSTAL being duly sworn, deposes and says:

      That she is over the age of 21 years, resides in Holbrook, New York and is not a party to this action.

      That on the 11th day of January, 2021, I served the **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS** via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

    United States Trustee
    Office of the United States Trustee
    U.S. Federal Office Building
    201 Varick Street, Room 1006
    New York, NY 10014

Rosen and Associates P.C.
Counsel to 250 E. 87 Owners Corp.
747 Third Avenue
New York, New York 10017-2803
Attn: Sanford Rosen, Esq.
      Paris Gyparakis, Esq.

_____
NANCY CHRYSTAL

Sworn to before me this
11th day of January, 2021

_____
Notary Public

LAURIE B. GOMEZ
Notary Public, State of New York
No. 01GO6205506
Qualified in Queens County
Commission Expires May 1, 2021

1987851

4