# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> NEWBURY OPERATING LLC, <br><br> Alleged Debtor. | Chapter 7 <br><br> Case No. 20–12976 (JLG) |

## CERTIFICATE OF SERVICE

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

      1.    I am over 18 years of age, reside in New York, New York, and am not a party to this proceeding.

      2.    On January 8, 2020, I served true copies of the *Order Granting Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion for Appointment of Interim Chapter 7 Trustee* [Doc. No. 9] and the *Motion for Appointment of Interim Chapter 7 Trustee* [Doc. No. 7], upon the parties whose names and addresses are set forth on the annexed service list: (i) via FedEx First Priority Overnight (weekend delivery), by depositing true copies of same in properly addressed FedEx wrappers with pre-paid overnight delivery postage with an authorized agent of Federal Express prior to the latest time designated for overnight delivery; and (ii) by e-mail (sent 7:58 pm EST) by causing such copies to be transmitted to such parties at their respective email addresses set forth on the annexed service list.

Dated: New York, New York
      January 12, 2021

                                                                         Paris Gyparakis

# SERVICE LIST

Newbury Operating LLC
Attn: Officer, Managing Agent, or General Agent
*c/o Icon Parking Holdings, LLC*
270 Madison Ave, Ste 200
New York, New York, 10016
pregan@iconparking.com

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
USTPRegion02.NYECF@USDOJ.GOV



January 11, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 806621555748

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature release on file | **Delivery Location:** | |
| **Service type:** | FedEx First Overnight | | NY, |
| **Special Handling:** | Saturday Delivery | **Delivery date:** | Jan 11, 2021 10:29 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 806621555748 | **Ship Date:** | Jan 8, 2021 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| NY, US, | | NEW YORK, NY, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.



January 11, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 806621555759

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | E.LAM | **Delivery Location:** | |
| **Service type:** | FedEx First Overnight | | NY, |
| **Special Handling:** | Saturday Delivery | **Delivery date:** | Jan 11, 2021 09:08 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 806621555759 | **Ship Date:** | Jan 8, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
NY, US,

**Shipper:**  
NEW YORK, NY, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

| | | em_ecf<br>PDF | Jan 8 | 105 KB |
|---|---|---|---|---|
| ☐ | PDF | Ex. A ☆<br>PDF | Jan 8 | 195 KB |
| | PDF | cm_ecf<br>PDF | Jan 8 | 81 KB |
| | | Order Scheduling Hearing [Doc. N...<br>SHARED BY YOU • 0 of 1 viewed | Jan 8 | — |
| ☑ | | Order Scheduling Hearing [Doc. N... ☆<br>SHARED BY YOU • 0 of 1 viewed | Jan 8 | — |
| | | Order Scheduling Hearing [Doc. N...<br>SHARED BY YOU • 0 of 1 commented 💬 | Jan 8 | — |
| | PDF | Certificate of Service<br>PDF | Jan 8 | 302 KB |
| | | Motion to Appoint Interim Trustee...<br>SHARED BY YOU • 0 of 1 viewed | Jan 8 | — |
| | | Motion to Appoint Interim Trustee...<br>SHARED BY YOU • 0 of 1 commented 💬 | Jan 8 | — |
| | | rp5217 | Jan 8 | 98 KB |

Clear Recent

Order Scheduling Hearing [Do...
SHARED • Sent Jan 08, 7:58 PM

2 People ⌄

➕ Add People

👤 **Paris Gyparakis**
OWNER

👤 **pregan@iconparking.com**
NOT VIEWED

Activity          0 of 1 viewed ⌄

● **Sent to**
pregan@iconparking.com
Jan 08, 7:58 PM

● **Created by** Paris Gyparakis
Jan 08, 7:58 PM

