# EXHIBIT A

## The Income Statement

# Newbury Operating LLC
# Income Statement
# For the Five Months Period Ending 05/31/20



| | Jan-2020 | Feb-2020 | Mar-2020 | Apr-2020 | May-2020 | YTD |
|---|---|---|---|---|---|---|
| | | | | | *Draft* | |
| **Gross Revenues** | | | | | | |
| Monthly Income | 105,101 | 105,329 | 106,185 | 90,392 | 85,371 | 492,378 |
| Transient Income | 19,740 | 16,590 | 9,090 | 1,465 | 6,406 | 53,291 |
| Late Fees and other Misc Income | 283 | 306 | 44 | - | 39 | 673 |
| **Total Gross Revenue** | **125,124** | **122,225** | **115,319** | **91,857** | **91,817** | **546,342** |
| | | | | | | |
| **Garage Operating Expenses** | | | | | | |
| Payroll | | | | | | |
| Wages - Attendants | 22,119 | 22,742 | 18,833 | 11,961 | 11,508 | 87,163 |
| Payroll Benefits - Vac/Sick/Hol | - | 2,829 | 1,462 | 2,619 | 10,430 | 17,339 |
| Payroll Taxes | 2,122 | 2,858 | 1,914 | 1,021 | 956 | 8,871 |
| Union Pension/Welfare | 4,775 | 5,040 | 4,068 | 3,019 | 3,140 | 20,042 |
| Worker's Compensation-Premium | 198 | 197 | 198 | 198 | 199 | 990 |
| Worker's Compensation-Claims | - | - | - | - | - | - |
| Payroll Preparation | - | 219 | - | - | - | 219 |
| Payroll (Total) | 29,214 | 33,886 | 26,475 | 18,818 | 26,232 | 134,624 |
| Rent | 73,958 | 73,958 | 73,958 | 73,958 | 73,958 | 369,792 |
| Real Estate Taxes | 4,265 | 4,265 | 4,265 | 4,265 | 4,265 | 21,324 |
| CAM/Commercial Rent Tax | - | - | - | - | - | - |
| Utilities - Electric/Telephone | 399 | 350 | 374 | 404 | 209 | 1,736 |
| Insurance (G/L - GKLL)-Premium | 648 | 645 | 649 | 649 | 651 | 3,243 |
| Insurance (G/L - GKLL)-Claims | 7,800 | (22) | (14) | (15,000) | (22) | (7,257) |
| Loss & Damage Claims | 4,556 | 9,895 | 3,849 | 5,494 | (9,152) | 14,642 |
| Garage Supplies | 111 | 170 | 301 | 1,655 | 1,254 | 3,490 |
| Printing & Tickets | 89 | 59 | - | - | - | 148 |
| Uniforms | 432 | - | - | - | - | 432 |
| Repair & Maintenance | 644 | 813 | 621 | (279) | 502 | 2,300 |
| Technology | - | - | - | 915 | 132 | 1,047 |
| Advertising | - | - | 156 | - | - | 156 |
| Postage & Mailing | - | - | - | - | - | - |
| Permits/Licenses | 188 | - | - | - | - | 188 |
| Legal / Dues / Other Fees | 133 | - | 25 | - | - | 158 |
| Fines & Violations | - | - | - | - | - | - |
| Miscellanious Expense | 29 | - | 23 | - | - | 52 |
| Credit Card Commissions | 2,842 | 2,694 | 2,577 | 2,080 | 2,140 | 12,334 |
| Online Discounter Commissions | 758 | 2,000 | (97) | 222 | 200 | 3,082 |
| Letter of Credit Fee | 277 | 277 | 277 | - | 541 | 1,372 |
| Bank Fees | 142 | 129 | 124 | 105 | 106 | 606 |
| | | | | | | |
| **Total Garage Operating Expenses** | **126,483** | **129,119** | **113,564** | **93,285** | **101,017** | **563,468** |
| | | | | | | |
| **Location Cash Flow** | **(1,358)** | **(6,894)** | **1,755** | **(1,429)** | **(9,201)** | **(17,127)** |